IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



UNITED STATES OF AMERICA :
:
v. : 1:16CR384-1
:
NICOLAS GUERRERO-TREJO, :
also known as Nicholas Guerrero :
Trejo and Nick Trejo

The Grand Jury charges:

On or about October 21, 2016, in the County of Stokes, in the Middle District of North Carolina, NICOLAS GUERRERO-TREJO, also known as Nicholas Guerrero Trejo and Nick Trejo, an alien who had previously been deported and removed from the United States on or about May 7, 2005, thereafter was found in the United States at Lawsonville, North Carolina, said defendant having not obtained the consent of the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission into the United States; in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____
LISA B. BOGGS
ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY